JS-6

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Kevin D. Hansen, #119831
  Kevin.Hansen@mccormickbarstow.com
Robert K. Landen, #149407
  robert.landen@mccormickbarstow.com
Lejf E. Knutson, #234203
  lejf.knutson@mccormickbarstow.com
 7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for GEICO General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANET K. MURADIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEICO GENERAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-04761-MWF-PVCx<br><br>**ORDER APPROVING STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**<br><br>The Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br>Trial Date:  October 22, 2024 |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

ORDER APPROVING STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION

1     Upon review of the parties' Stipulation Regarding Dismissal of Entire Action,
2  it is hereby ORDERED that the above-captioned action be dismissed with prejudice.
3  Each party shall bear their own costs and attorney's fees.  The Clerk of the Court is
4  directed to close this case.
5     IT IS SO ORDERED.

7  DATED:  October 22, 2024

_____
Hon. Michael W. Fitzgerald

10335688.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
ORDER APPROVING STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION